UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60015-CIV-GRAHAM/O'SULLIVAN

TERRY TUCKER, on his own behalf
and others similarly situated,

    Plaintiff,

v.

LINDSTROM AIR CONDITIONING, INC.
a foreign corporation,

    Defendant.
_____/

### ORDER ON INFORMAL DISCOVERY CONFERENCE

THIS MATTER came before the Court on an informal discovery conference held on June 12, 2007. Having held an informal discovery conference in this matter, the Court issued the following orders from the bench:

**ORDERED AND ADJUDGED** that on or before June 18, 2007, defendant shall comply with the Court's May 18, 2007 Order.

Attorney's fees pursuant to Fed. R. Civ. Pro. 37(b)(2) are DENIED with the proviso that they may later be imposed for any future non-compliance. "Rule 37(b)(2) provides a range of sanctions that a district court may impose upon parties and their attorneys for failure to comply with the court's discovery orders." Stuart I. Levin & Associates v. Ronald Rogers, 156 F.3d 1135, 1140 (11th Cir. 1998). Federal Rule of Civil Procedure 37(b)(2) provides in part that: "the Court should require the party failing to obey the Order or the attorney advising that party or both to pay the reasonable

expenses, including attorney's fees, caused by the failure, unless the Court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust."

The parties agreed and may file an agreed order tolling the applicable statute of limitations for the period of the defendant's delay in providing discovery.

**It is Further ORDERED AND ADJUDGED** the plaintiffs shall provide a statement of claim for all opt-in plaintiffs within ten days of opt-in.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this **13th** day of June 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States District Judge Graham
All counsel of record